UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                         :

YELITZA PICON, *on behalf of herself and all others*
*similarly situated*,                            :

                      Plaintiff,         :            24-CV-6937 (JMF)

                                          :

              -v-                       :                 <u>ORDER</u>

                                          :

THE BOUQS COMPANY,                     :

                     Defendant.        :

                                          :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: September 18, 2024
       New York, New York                                       
                                                    JESSE M. FURMAN
                                            United States District Judge